Page 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

ELIJAH REID
PLAINTIFF

vs.

Michael P. Melvin :
MARC BAIOTA :
~~[redacted]~~ : BRIAN
DEFENDANTS

SCANNED at PCC and E-Mailed
10-05-16 (date) by [initials] (initials)
13 (# of pages)

# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. §1983

1) PLAINTIFF'S MAILING ADDRESS:
ELIJAH REID #M-12485
PONTIAC CORR CTR  P.O. BOX 99 PONTIAC, ILL 61764

## DEFENTS JOB TITLES

2) The DEFENDANTS MARC BAIOTA is employed AS CORRECTIONAL OFFICER AT PONTIAC CORR CTR

3) The DEFENDANTS BRIAN ~~[redacted]~~ is employed AS Med-Tac ~~[redacted]~~ AT PONTIAC CORR CTR

4) THE DEFENDANTS Michael P. MELVIN is employed AS ACTING WARDEN AT PONTIAC CORR CTR AND HE IS RESPONSIBLE FOR THE OPERATION OF THE PRISON, INCLUDING HIRING TRAINING AND SUPERVISING CORRECTIONAL OFFICERS AND MAINTAINING AND MONITORING THE SAFETY OF THE PRISONERS - INMATES.

PAGE 2

# EXHAUSTION OF ADMINISTRATIVE REMEDIES

5) There is a grievance procedure available at this institution.

6) I have filed a grievance concerning the facts relating to this complaint.

7) I have completed the grievance process and or ▇ to the best of my ability

# JURISDICTION AND VENUE

8) This court has jurisdiction under 28 U.S.C Section 1331 and 1343 (A)(3). And under 42 U.S.C Section 1983.

9) These incidents that form the basis of this complaint took place in Livingston County Pontiac Illinois at the Pontiac Corr Ctr This is the proper venue under 42 U.S.C Section 1983 and or 28 U.S.C Section 1391(b)(2) because it is where the events giving rise to this claims occrred.

# STATEMENT OF CLAIMS

10) Place of occurrence: Pontiac Corr Ctr North House Segregation 3 Gallery 6:00 AM on 7-28-2016
Witnesses to occurrence: Camera footage, inmates, my self

11) Plaintiff has brought this lawsuit under Section 42 U.S.C §1983 seeking to recover damages for the physical and emotional injuries suffered as a result of the defendants actions, inactions and omissions the plaintiff also seek injunction relief for the violations that occurred while at the Pontiac Corr Ctr.

12) On 7-28-2016 at 6:00 AM 3 Gallery North House officer Marc Baiota was pass out food trays he came to my cell 313 and put the wrong food tray in my chuck hole I put my hand on the chuck hole door and told him you gave me the wrong food tray I get a vegan religious diet food tray and officer Marc Baiota with his closed fist keys in fist start to hit my hand on the chuck hole door my right hand real hrad 3-to-4 time and told me you going get want the fuck I give you niggaer and cap it moving to the next cell I told officer Marc Baiota I think he broke my finger and I need some medical treatment told me to fuck off my hand and finger start

to swell up and in a hole lot of pain I think he broke my finger so 7:00 AM count time came on 3 Gallery when the officer got to my cell 313 I told him I just got assault it and I need some medical treatment and I think my finger is broke he told me I need to put in for sick call I ask him his name he told me to get it the best way I can and cap it moving I did it see his name tag because I am legality blind diagnosis with Kerato Conus. So I waited until 9:00 A when the Med-Tac came on 3 Gallery to pass out meds so when Med-Tac Brian came to my cell 313 to give me my meds I told him just got assault it and my hand in finger is swoll up and I think my finger is broke and I need some medical treatment he told me to put in for sick call and cap it moving

## LEGAL CLAIMS

13) Section §1983 excessive force, cruel unsual punishment the plaintiff realege and incorporates by reference paragraphs 1-27 of this complaint

14) Officer Marc Baiota violated the Plaintiff's rights by use of excessive force and constituted cruel and unusual punishment under the Eighth Amendment.

15) Officer Marc Baiota injured the Plaintiff as result

## SECTION §1983 EQUAL PROTECTION VIOLATION

16) The Plaintiff realleges and incorporates by reference paragraphs 1-27 of this complaint

17) Officer Marc Baiota did not protect Plaintiff the same way as other inmates who were similarly situated in the cells and instead they caused harm to Plaintiff

## SECTION §1983 CONDITIONS OF CONINEMENT

18) The Plaintiff realleges and incorporates by reference paragraphs 1-27 of this complaint

19) Officer Marc Balota refused to give the Plaintiff his religious diet vegan food tray which is considered food also it a basic human need.

20) **SECTION §1983 DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL CONDITIONS OR NEED**

21) The Plaintiff realleges and incorporates by reference paragraphs 1-27 of this complaint

Officer Marc Balota, Med-Tac ~~~~~~ Brian were deliberately indifferent to the Plaintiffs serious medical condition or need causing the Plaintiff to suffer in pain.

22) **SECTION §1983 STATE TORT CLAIMS FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

23) The Plaintiff realleges and incorporates by reference paragraphs 1-27 of this complaint.

24) All Defendants conduct was willful, wanton, malicious and in reckless disregard to the Plaintiffs rights under the Eight Amendment.

25) All Defendants conduct was either intentionally to inflict emotional distress or knew that their was a high propability that their conduct would cause emotional distress.

26) All Defendants conduct caused the Plaintiff to suffer severe emotional distress that no reasonable person could be expected to endure and as a result the Plaintiff has been injured.

27) The Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendants unless this court grants the Declaratory and injunctive relief which Plaintiff seeks

## RELIEF REQUESTED

1) Wherefore the Plaintiff respectfully prays that this court grants the following:

2) Injunctive relief directing defendants their officers and agents to refrain from using unconstitutional excessive force and or being delibera Indifferent to the Plaintff's serious medical conditions or needs

3) COMPENSATORY DAMAGES AGAINST each of THE DEFENDANTS BOTH JOINTLY AND SEVERALLY IN THE AMOUNT OF $800,000

4) PUNITIVE DAMAGES AGAINST each of THE DEFENDANTS BOTH JOINTLY AND SEVERALLY IN THE AMOUNT OF $800,000

JURY DEMAND:
THE PLAINTIFF ☒ DOES
THE PLAINTIFF ☐ DOES NOT REQUEST A TRIAL BY JURY

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Elijah Reid #M12485
ELIJAH REID
PONTIAC CORR CTR
PO BOX 99
PONTIAC ILL 61764

EX-A

State OF Illinois }
County OF Livingston }

## Affidavit

I, Andre Mamon #M09351, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On July 28, 2016, at 6:15 AM, on 3 gallery, in the North House, officer Marc Balota was passing out food trays. When the officer made it to Elijah Reid cell-313, inmate Reid told officer Marc Balota that he gave him the wrong food tray. Officer Marc Balota then assaulted inmate Reid and told him your going to get what the fuck I give you nigger. Then inmate Reid told officer Marc Balota that he just broke his finger and that he needed medical treatment. Then officer Marc Balota told inmate Reid to fuck off.

Signed: Andre Mamon
Dated: Poy 18, 2016

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

COPY!!

EX-B

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 7-28-2016 | Offender: ELIJAH REID | ID#: M-12485 |
| Present Facility: PONTIAC CORR CTR | Facility where grievance issue occurred: PONTIAC CORR CTR | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): EXCESSIVE FORCE AND DELIBERATE INDIF

- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued

RECEIVED AUG 15 2016 ADMINISTRATIVE REVIEW BOARD

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON 7-28-2016 6:00 AM 3 GALLERY NORTH HOUSE C/O MARC BALOTA WAS PASS OUT food TRAYS HE CAME TO MY CELL 313 AND PUT THE WRONG food TRAY ON MY CHUCK HOLE I PUT MY HAND ON THE CHUCK HOLE DOOR AND TOLD YOU GAVE ME THE WRONG TRAY I GET A VEGAN Religious DIET food TRAY AND C/O MARC BALOTA with ~~his closed~~ HIS closed fist AND KEYS IN fist TO HIT MY HAND ON THE CHUCK HOLE DOOR MY Right HAND REAL HARD 3 TO 4 TIMES AND told ME you GOING GET WANT THE fuck I GIVE you NIGGAER AND with To THE NEXT CELL ~~~~ MY HAND AND fINGER ST. TO SWELL up AND I THINK HE BROKE MY fINGER its IN A HOLE LOT OF SO 7:00 AM COUNT TIME CAME ON 3 GALLERY WHEN THE OFFICER GET TO MY ~~~ 313 I TOLD HIM I HAVE JUST GOT ASSAULT it AND I NEED MEDICAL TREATMENT AND I THINK MY fINGER IS BROKE HE TOLD ME I NEED TO PUT IN FOR SICK CALL AND CARRY it MOVING I ASK HIM FOR H

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to se

Elijah Reid        M-12485    7.28.2016
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: 8/8/16   Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Melvin _____ 8/8/16
Chief Administrative Officer's Signature      Date

Distribution: Master File; Offender      Page 1      DOC 0046 (R5)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

NAME HE TOLD ME TO GET IT THE BEST WAY I CAN I did't SEE H NAME TAG's BECAUSE I AM (legally) Blind Diagnosis's with KERATO CONUS SO I WAITED UNTIL 9:00AM when THE MEDICAL ATTENTION CAME ON 3 GALLERY TO PASS OUT MEDS SO WHEN MEDICAL ATTENTION CAME TO MY CELL 313 TO GIVE MY MEDS I TOLD HIM I JUST GOT ASSAULTED BY A C.O. AND MY HAND AND FINGER IS SWOLL UP AND I THINK MY FINGER IS BROKE I NEED SOME MEDICAL TREATMENT HE TOLD ME I NEED TO PUT IN FOR SICK CALL AND CAP IT MOVE TO THE NEXT CELL AND I STILL didn't GET MEDICAL TREATMENT AND AS A INMATE IN THE I.DOC I HAVE THE Right TO BE FREE From CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8th AMENDMENT This is EXCESSIVE FORCE AND DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED!!

Relief Requested: 800,000 AND MEDICAL TREATMENT And I WANT THE SURVEILLANCE CAMERA REVIEWED ON 3 GALLERY NORTH HOUSE 6:00AM ON 7-28-2016

Bruce Rauner
Governor

EX-C



5/8/08

John Baldwin
Acting Director

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

**RECEIVED AUG 15 2016 ADMINISTRATIVE REVIEW BOARD**

# MEMORANDUM

DATE: 8-09-16

TO: Name: REID    IDOC #: M12485

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 7-28-16   Topic: Staff   Issue: Officer Balota (7-28-16)

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: _____.

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

RECEIVED

__X__ Issue has been previously addressed on 8/02/16. No justification for further consideration.

_____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.). *Response pending per I.A.*

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____ The Chief Administrative Officer has determined your grievance issue a non-emergency. If you reject this decision, forward your grievance directly to Grievance Office.

__X__ Other: *Issue previously submitted to Internal Affairs for review.*