United States District Court
for the
Central District of Illinois

File Number 16-cv-01378

| | |
|---|---|
| Elijah Reid, Plaintiff<br><br>v.<br><br>Michael Melvin, et al., Defendants | Notice of Appeal |

    Notice is hereby given that Elijah Reid, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 6th day of May, 2017.

        s/David M. Shapiro
        David M. Shapiro
        Roderick and Solange MacArthur Justice Center
        Northwestern Pritzker School of Law
        375 East Chicago Avenue
        Chicago, IL 60611
        312.503.0711

        Attorney for Plaintiff Elijah Reid

United States District Court
for the
Central District of Illinois

File Number 16-cv-01378

| | |
|---|---|
| Elijah Reid, Plaintiff<br><br>v.<br><br>Michael Melvin, et al., Defendants | Certificate of Service |

I certify that on May 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CMECF system, which will send notification of filing to any registered CMECF users.


s/David M. Shapiro